*Cobb County...Expect the Best!*

**COBB COUNTY BOARD OF COMMISSIONERS**

NAVIDA PERRY                                                                 031079

Pay Location: 9224B1
Employee Department: 210

| | |
|---|---|
| Pay Period End Date: 12-25-2021 | Employee Unit: 9224 |
| Check Date: 12-30-2021 | Total Gross Amt: $1,647.39 |
| Check Number: 010000002906256 | YTD Gross Amt: $37,598.17 |
| Control Number: 5897223 | Total Deductions Amt: $437.00 |
| | Net Pay Amt: $1,210.39 |

Federal Exemptions: 0
Tax Status Claimed: S
State Exemptions: 2
State Tax Status claimed: E

### EARNINGS

| Description | Pay Rate | Input Amount | Pay Amount |
|---|---|---|---|
| REGULAR PAY | $16.81 | 73:30 | $1,235.54 |
| FLSA PAY | $16.81 | 0.00 | $8.41 |
| SICK LV PAY | $16.81 | 8:00 | $134.48 |
| HOLIDAY PAY | $16.81 | 16:00 | $268.96 |

### DEDUCTIONS

| Description | Deduction Amount | YTD Deduction Amount |
|---|---|---|
| SOC SEC TX | $92.78 | $2,087.69 |
| MEDICARE TX | $21.70 | $488.25 |
| FEDERAL TAX | $8.15 | $130.71 |
| GEORGIA TAX | $61.62 | $1,301.15 |
| RETIRE DC - EE | $40.34 | $1,048.84 |
| RETIRE REG E | $40.34 | $1,048.84 |
| HEALTH INS | $108.16 | $2,812.16 |
| DENTAL INS | $23.15 | $601.90 |
| LIFE EMPLOYE | $7.46 | $193.96 |
| MET LEGAL | $8.31 | $216.06 |
| LTD BUY UP | $2.51 | $65.26 |
| VISION | $8.94 | $232.44 |
| PARKING | $11.54 | $300.04 |
| LIFE DEP COV | $2.00 | $52.00 |
| SPEC DED | $0.00 | $25.00 |

### LEAVE

| Description | CURR ACR | CURR USG | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 4:42 | 00:00 | 37:30 |
| SICK LEAVE | 4:00 | 8:00 | 12:00 |

### DISTRIBUTIONS

| Nickname | Check No. | Amount |
|---|---|---|
| CHASE | 010000002906256 | $1,210.39 |

### FRINGE BENEFITS

| Description | Amount | YTD Amount |
|---|---|---|
| SOC SEC EMPR | $92.78 | $2,087.69 |
| MEDI -ER | $21.70 | $488.25 |
| RETIRE DC - ER | $40.34 | $1,048.84 |
| RETIRE REG C | $324.77 | $8,444.02 |
| TX GRP LFED | $0.80 | $20.80 |
| HEALTH EMR | $591.91 | $15,389.66 |
| OPEB | $27.03 | $616.98 |
| DENTAL EMR | $15.50 | $403.00 |
| LIFE EMPLOYR | $0.00 | $73.80 |
| LTD EMPLOYER | $0.00 | $80.40 |

**COBB COUNTY BOARD OF COMMISSIONERS**

NAVIDA PERRY                                        031079

Pay Location: 9224B1
Employee Department: 210

Employee Unit: 9224
Pay Period End Date: 01-08-2022      Total Gross Amt: $1,580.14      Federal Exemptions: 0
Check Date: 01-14-2022               YTD Gross Amt: $1,580.14        Tax Status Claimed: S
Check Number: 010000002911311        Total Deductions Amt: $449.95   State Exemptions: 2
Control Number: 5906337              Net Pay Amt: $1,130.19          State Tax Status claimed: E

### EARNINGS

| Description | Pay Rate | Input Amount | Pay Amount |
|---|---|---|---|
| REGULAR PAY | $16.81 | 84:00 | $1,412.04 |
| FLSA PAY | $16.81 | 0.00 | $33.62 |
| HOLIDAY PAY | $16.81 | 8:00 | $134.48 |

### DEDUCTIONS

| Description | Deduction Amount | YTD Deduction Amount |
|---|---|---|
| SOC SEC TX | $86.63 | $86.63 |
| MEDICARE TX | $20.26 | $20.26 |
| GEORGIA TAX | $55.92 | $55.92 |
| RETIRE DC - EE | $40.34 | $40.34 |
| RETIRE REG E | $40.34 | $40.34 |
| HEALTH INS | $117.90 | $117.90 |
| DENTAL INS | $24.77 | $24.77 |
| AFLAC ACC | $10.14 | $10.14 |
| CRITCL ILLN | $10.32 | $10.32 |
| LIFE EMPLOYE | $10.03 | $10.03 |
| MET LEGAL | $8.31 | $8.31 |
| LTD BUY UP | $2.51 | $2.51 |
| VISION | $8.94 | $8.94 |
| PARKING | $11.54 | $11.54 |
| LIFE DEP COV | $2.00 | $2.00 |

### LEAVE

| Description | CURR ACR | CURR USG | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 4:42 | 00:00 | 42:12 |
| SICK LEAVE | 4:00 | 00:00 | 16:00 |

### DISTRIBUTIONS

| Nickname | Check No. | Amount |
|---|---|---|
| CHASE | 010000002911311 | $1,130.19 |

### FRINGE BENEFITS

| Description | Amount | YTD Amount |
|---|---|---|
| SOC SEC EMPR | $86.63 | $86.63 |
| MEDI -ER | $20.26 | $20.26 |
| RETIRE DC - ER | $40.34 | $40.34 |
| RETIRE REG C | $324.77 | $324.77 |
| TX GRP LFED | $0.80 | $0.80 |
| HEALTH EMR | $645.18 | $645.18 |
| OPEB | $25.93 | $25.93 |
| DENTAL EMR | $16.59 | $16.59 |
| LIFE EMPLOYR | $6.15 | $6.15 |
| LTD EMPLOYER | $6.70 | $6.70 |

*Cobb County...Expect the Best!*

**COBB COUNTY BOARD OF COMMISSIONERS**

NAVIDA PERRY                                                    031079

Pay Location: 9224B1
Employee Department: 210

| | |
|---|---|
| Pay Period End Date: 01-22-2022 | Employee Unit: 9224 |
| Check Date: 01-28-2022 | Total Gross Amt: $1,479.28 |
| Check Number: 010000002916331 | YTD Gross Amt: $3,059.42 |
| Control Number: 5915497 | Total Deductions Amt: $436.45 |
| | Net Pay Amt: $1,042.83 |
| Federal Exemptions: 0 | |
| Tax Status Claimed: S | |
| State Exemptions: 2 | |
| State Tax Status claimed: E | |

### EARNINGS

| Description | Pay Rate | Input Amount | Pay Amount |
|---|---|---|---|
| REGULAR PAY | $16.81 | 76:45 | $1,290.17 |
| ANNUAL LV PY | $16.81 | 3:15 | $54.63 |
| HOLIDAY PAY | $16.81 | 8:00 | $134.48 |

### DEDUCTIONS

| Description | Deduction Amount | YTD Deduction Amount |
|---|---|---|
| SOC SEC TX | $80.39 | $167.02 |
| MEDICARE TX | $18.80 | $39.06 |
| GEORGIA TAX | $50.12 | $106.04 |
| RETIRE DC - EE | $40.34 | $80.68 |
| RETIRE REG E | $40.34 | $80.68 |
| HEALTH INS | $117.90 | $235.80 |
| DENTAL INS | $24.77 | $49.54 |
| AFLAC ACC | $10.14 | $20.28 |
| CRITCL ILLN | $10.32 | $20.64 |
| LIFE EMPLOYE | $10.03 | $20.06 |
| MET LEGAL | $8.31 | $16.62 |
| LTD BUY UP | $2.51 | $5.02 |
| VISION | $8.94 | $17.88 |
| PARKING | $11.54 | $23.08 |
| LIFE DEP COV | $2.00 | $4.00 |

### LEAVE

| Description | CURR ACR | CURR USG | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 4:42 | 3:15 | 43:39 |
| SICK LEAVE | 4:00 | 00:00 | 20:00 |

### DISTRIBUTIONS

| Nickname | Check No. | Amount |
|---|---|---|
| CHASE | 010000002916331 | $1,042.83 |

### FRINGE BENEFITS

| Description | Amount | YTD Amount |
|---|---|---|
| SOC SEC EMPR | $80.39 | $167.02 |
| MEDI -ER | $18.80 | $39.06 |
| RETIRE DC - ER | $40.34 | $80.68 |
| RETIRE REG C | $324.77 | $649.54 |
| TX GRP LFED | $0.80 | $1.60 |
| HEALTH EMR | $645.18 | $1,290.36 |
| OPEB | $24.27 | $50.20 |
| DENTAL EMR | $16.59 | $33.18 |
| LIFE EMPLOYR | $0.00 | $6.15 |
| LTD EMPLOYER | $0.00 | $6.70 |

*Cobb County...Expect the Best!*

**COBB COUNTY BOARD OF COMMISSIONERS**

NAVIDA PERRY                                                    031079

Pay Location: 9224B1
Employee Department: 210

| | |
|---|---|
| Pay Period End Date: 02-05-2022 | Employee Unit: 9224 |
| Check Date: 02-11-2022 | Total Gross Amt: $1,470.88 |
| Check Number: 010000002921378 | YTD Gross Amt: $4,530.30 |
| Control Number: 5924689 | Total Deductions Amt: $435.32 |
| | Net Pay Amt: $1,035.56 |

Federal Exemptions: 0
Tax Status Claimed: S
State Exemptions: 2
State Tax Status claimed: E

### EARNINGS

| Description | Pay Rate | Input Amount | Pay Amount |
|---|---|---|---|
| REGULAR PAY | $16.81 | 79:30 | $1,336.40 |
| SICK LV PAY | $16.81 | 8:00 | $134.48 |

### DEDUCTIONS

| Description | Deduction Amount | YTD Deduction Amount |
|---|---|---|
| SOC SEC TX | $79.86 | $246.88 |
| MEDICARE TX | $18.68 | $57.74 |
| GEORGIA TAX | $49.64 | $155.68 |
| RETIRE DC - EE | $40.34 | $121.02 |
| RETIRE REG E | $40.34 | $121.02 |
| HEALTH INS | $117.90 | $353.70 |
| DENTAL INS | $24.77 | $74.31 |
| AFLAC ACC | $10.14 | $30.42 |
| CRITCL ILLN | $10.32 | $30.96 |
| LIFE EMPLOYE | $10.03 | $30.09 |
| MET LEGAL | $8.31 | $24.93 |
| LTD BUY UP | $2.51 | $7.53 |
| VISION | $8.94 | $26.82 |
| PARKING | $11.54 | $34.62 |
| LIFE DEP COV | $2.00 | $6.00 |

### LEAVE

| Description | CURR ACR | CURR USG | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 4:42 | 00:00 | 48:21 |
| SICK LEAVE | 4:00 | 8:00 | 16:00 |

### DISTRIBUTIONS

| Nickname | Check No. | Amount |
|---|---|---|
| CHASE | 010000002921378 | $1,035.56 |

### FRINGE BENEFITS

| Description | Amount | YTD Amount |
|---|---|---|
| SOC SEC EMPR | $79.86 | $246.88 |
| MEDI -ER | $18.68 | $57.74 |
| RETIRE DC - ER | $40.34 | $121.02 |
| RETIRE REG C | $324.77 | $974.31 |
| TX GRP LFED | $0.80 | $2.40 |
| HEALTH EMR | $645.18 | $1,935.54 |
| OPEB | $24.14 | $74.34 |
| DENTAL EMR | $16.59 | $49.77 |
| LIFE EMPLOYR | $6.15 | $12.30 |
| LTD EMPLOYER | $6.70 | $13.40 |

**COBB COUNTY BOARD OF COMMISSIONERS**

NAVIDA PERRY                                                         031079

Pay Location: 9224B1
Employee Department: 210

Pay Period End Date: 02-19-2022
Check Date: 02-25-2022
Check Number: 010000002926421
Control Number: 5933879

Employee Unit: 9224
Total Gross Amt: $1,346.90
YTD Gross Amt: $5,877.20
Total Deductions Amt: $712.45
Net Pay Amt: $634.45

Federal Exemptions: 0
Tax Status Claimed: S
State Exemptions: 2
State Tax Status claimed: E

### EARNINGS

| Description | Pay Rate | Input Amount | Pay Amount |
|---|---|---|---|
| REGULAR PAY | $16.81 | 40:15 | $676.60 |
| FLSA PAY | $16.81 | 0.00 | $2.10 |
| ANNUAL LV PY | $16.81 | 39:45 | $668.20 |

### DEDUCTIONS

| Description | Deduction Amount | YTD Deduction Amount |
|---|---|---|
| SOC SEC TX | $72.17 | $319.05 |
| MEDICARE TX | $16.88 | $74.62 |
| GEORGIA TAX | $42.51 | $198.19 |
| RETIRE DC - EE | $40.34 | $161.36 |
| RETIRE REG E | $40.34 | $161.36 |
| HEALTH INS | $117.90 | $471.60 |
| DENTAL INS | $24.77 | $99.08 |
| AFLAC ACC | $10.14 | $40.56 |
| CRITCL ILLN | $10.32 | $41.28 |
| LIFE EMPLOYE | $10.03 | $40.12 |
| MET LEGAL | $8.31 | $33.24 |
| LTD BUY UP | $2.51 | $10.04 |
| VISION | $8.94 | $35.76 |
| PARKING | $11.54 | $46.16 |
| GARNISHMENT | $293.75 | $293.75 |
| LIFE DEP COV | $2.00 | $8.00 |

### LEAVE

| Description | CURR ACR | CURR USG | CURR BAL |
|---|---|---|---|
| ANNUAL LEAVE | 4:42 | 39:45 | 13:18 |
| SICK LEAVE | 4:00 | 00:00 | 20:00 |

### DISTRIBUTIONS

| Nickname | Check No. | Amount |
|---|---|---|
| CHASE | 010000002926421 | $634.45 |

### FRINGE BENEFITS

| Description | Amount | YTD Amount |
|---|---|---|
| SOC SEC EMPR | $72.17 | $319.05 |
| MEDI -ER | $16.88 | $74.62 |
| RETIRE DC - ER | $40.34 | $161.36 |
| RETIRE REG C | $324.77 | $1,299.08 |
| TX GRP LFED | $0.80 | $3.20 |
| HEALTH EMR | $645.18 | $2,580.72 |
| OPEB | $22.10 | $96.44 |
| DENTAL EMR | $16.59 | $66.36 |
| LIFE EMPLOYR | $0.00 | $12.30 |
| LTD EMPLOYER | $0.00 | $13.40 |